RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Louie Allen Ford

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00135-DJA |
| Plaintiff, | ORDER **TO CONTINUE STATUS HEARING** (First Request) |
| v. | |
| LOUIE ALLEN FORD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Louie Allen Ford, that the Status Hearing currently scheduled on February 17, 2022 at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Ford has completed the requisite DUI course.  Mr. Ford needs additional time to pay the outstanding fine and complete the remaining classes.

2.      Mr. Ford is out custody and agrees with the need for the continuance.

1   3.  The parties agree to the continuance.

2   This is the first request for a continuance of the status hearing.

3   DATED this 17th day of February, 2022.

4

5 RENE L. VALLADARES     CHRISTOPHER CHIOU
 Federal Public Defender      Acting United States Attorney

6

7  */s/ Benjamin F. J. Nemec*      */s/ Mina Chang*
 By_____  By_____

8 BENJAMIN F. J. NEMEC      MINA CHANG
 Assistant Federal Public Defender   Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

LOUIE ALLEN FORD,

          Defendant.

Case No. 2:21-mj-00135-DJA

**ORDER**

    IT IS THEREFORE ORDERED that the status hearing currently scheduled for Thursday, February 17, 2022 at 1:30 p.m., be vacated and continued to

April 28, 2022, at 1:30 p.m., Courtroom 3A.

    DATED this ___17th___ day of February, 2022.

_____

UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3