CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055/ Fax: 702.388.6418
mina.chang@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIE ALLEN FORD,<br><br>    Defendant. | Case No. 2:21-mj-00135-DJA<br><br>ORDER **to Continue Status Check**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Benjamin Nemec, Assistant Federal Public Defender, counsel for defendant Louie Allen Ford, that the status check in the above-captioned matter, currently scheduled for April 28, 2022 at the hour of 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

This stipulation is entered into for the following reasons:

1. Defendant needs additional time to obtain certification of completion for the eight (8) hour alcohol awareness class he attended.

2.      Counsel for the parties agree to the continuance.

3.      This is the second request for continuance of the status check in this case.

DATED this 28th day of April, 2022.

                                                  Respectfully submitted,

RENE L. VALLADARES                      CHRISTOPHER CHIOU
Federal Public Defender                        Acting United States Attorney

*/s/ Benjamin Nemec*                            */s/ Mina Chang*
BENJAMIN NEMEC, AFPD                   MINA CHANG
Counsel for defendant FORD               Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIE ALLEN FORD,<br><br>　　　　Defendant. | Case No. 2:21-mj-00135-DJA<br><br>ORDER **to Continue Status Check**<br>**(Second Request)** |

　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　The defendant needs additional time to obtain a certificate of completion for the eight (8) hour alcohol awareness class he attended.

　　2.　The defendant is not in custody and does not object to the continuance.

　　3.　The parties agree to the continuance.

///
///
///
///
///
///
///
///
///

4.  This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

5.  Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for April 28, 2022, at the hour of 1:30 p.m. is hereby VACATED, and RESET for July 7, 2022, at 1:30 p.m., Courtrooom 3A.

DATED this 28th day of April, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE