RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Louie Allen Ford

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LOUIE ALLEN FORD,<br><br>        Defendant. | Case No. 2:21-mj-00135-DJA<br><br>**ORDER TO CONTINUE STATUS HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Louie Allen Ford, that the Status Hearing currently scheduled on July 7, 2022 at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    It appears Mr. Ford has completed all of the required conditions of his unsupervised probation, but the parties are still waiting for the certificate of completion from one of his classes.

2. Mr. Ford is out custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the status hearing.

DATED this 7th day of July, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JAMES M. FRIERSON<br>United States Attorney |
| /s/ Benjamin F. J. Nemec<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | /s/ Angelica Marmorstein<br>By_____<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>LOUIE ALLEN FORD,<br><br>          Defendant. | Case No. 2:20-MJ-00135-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Thursday, July 7, 2022 at 1:30 p.m., be vacated and continued to September 8, 2022, at 1:30 p.m., Courtroom 3A.

DATED this 11th day of July, 2022.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

3