RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Louie Allen Ford

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LOUIE ALLEN FORD,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00135-DJA<br><br>ORDER **TO CONTINUE STATUS HEARING**<br>(Fourth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Louie Allen Ford, that the Status Hearing currently scheduled on September 8, 2022 at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Mr. Ford has been charged with another DUI and the parties need additional time to resolve both cases.

　　　2.　　Mr. Ford is out custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the status hearing.

DATED this 8th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JAMES M. FRIERSON<br>United States Attorney |
|    */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender |    */s/ Angelica Marmorstein*<br>By_____<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney |

2

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIE ALLEN FORD,<br><br>    Defendant. | Case No. 2:21-mj-00135-DJA<br><br>**<u>ORDER</u>** |

9
10    IT IS THEREFORE ORDERED that the status hearing currently scheduled for
11 Thursday, September 8, 2022 at 1:30 p.m., be vacated and continued to
   February 2, 2023, at 1:30 p.m., Courtroom 3A.
12
               8th
13    DATED this ___ day of September, 2022.

14
15                                          _____
16                                          DANIEL J. ALBREGTS
                                            United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26

3