RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Louie Allen Ford

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00135-DJA |
| Plaintiff, | **ORDER TO CONTINUE STATUS HEARING** |
| v. | (Fifth Request) |
| LOUIE ALLEN FORD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Louie Allen Ford, that the Status Hearing currently scheduled on February 3, 2023 at 11:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Ford has another DUI case. A continuance is appropriate to allow the parties to potentially resolve both cases.

2. Mr. Ford is out custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the status hearing.

DATED this 2nd day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JAMES M. FRIERSON<br>United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Imani Dixon*<br>By_____<br>IMANI DIXON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE ALLEN FORD,<br><br>Defendant. | Case No. 2:21 MJ-00135-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Friday, February 3, 2023 at 11:30 a.m., be vacated and continued to May 19, 2023, at 11:30 a.m., Courtroom 3A.  Any further request will be looked at with disfavor and only granted under exceptional circumstances.

DATED this 3rd day of February, 2023



_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3