Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Louie Allen Ford

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:22-mj-00639-DJA |
|  | ORDER |
| v. | **Stipulation and Proposed Order** |
| Louie Allen Ford, | |
| Defendant. | |

**Stipulation**

Mr. Ford's proceedings in this case (2:22-mj-00639-DJA) are related to proceedings in another case (2:21-mj-00135-DJA).

In case number 2:21-mj-00135-DJA, Mr. Ford was charged by complaint with three counts relating to conduct that occurred on August 2, 2020: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)); and (3) Driving Without Taillights (a violation of 36 C.F.R. § 4.2(b), referencing NRS § 484D.230(1)(b)). (Case No. 2:21-mj-00135-DJA, ECF No. 1.)

In case number 2:22-mj-00639-DJA, Mr. Ford was charged by complaint with three counts relating to conduct that occurred on April 16, 2022: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)); and (3) Unsafe Operations (a violation of 36 C.F.R. § 4.22(b)(3)). (Case No. 2:22-mj-00639-DJA, ECF No. 1.)

Mr. Ford entered a plea agreement in case number 2:22-mj-00639-DJA (ECF No. 19), pleaded guilty to Count One, and was sentenced as follows: "Defendant is sentenced to one year unsupervised probation; $500.00 fine and $10.00 penalty assessment; attend and complete DUI course and victim impact panel, concurrent with 2:21-mj-135-DJA; attend and complete an alcohol treatment program; and restricted from Lake Mead National Recreational Area for six months." (Case No. 2:22-mj-00639-DJA, ECF No. 18.) Counts Two and Three were dismissed. (*Id.*)

Mr. Ford now has completed the special conditions of his unsupervised probation. Accordingly, the parties jointly request that the Court vacate the status check set for Friday, April 26, 2024, at 11:30 AM.

Dated April 22, 2024.

Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ Randolph J. St. Clair* |
| Rick Mula | Randolph J. St. Clair |
| Assistant Federal Public Defender | Assistant United States Attorney |

**Proposed Order**

Based on the representations of counsel, the Court finds that Mr. Ford has completed the requirements of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the status conference set for April 26, 2024, at 11:30 AM in both this case (Case No. 2:22-mj-00639-DJA) and the related case (Case No. 2:21-mj-00135-DJA) is vacated.

DATED this 24th day of April, 2024.

_____
DANIEL J. ABREGTS
United States Magistrate Judge